Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−20518−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rubier J Betancourt
   6325 Kennedy Blvd Apt 2R
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2449

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

**79** − Creditor's Certification of Default (related document:44 Amended Order (Generic)) filed by Mark W. Greene on behalf of Kira Development, LLC. Objection deadline is 11/22/2019. (Attachments: # 1 Certification of Creditor regarding post−petition arrears # 2 Attorney Certification re facsimile signature # 3 Certificate of Service # 4 Proposed Order) (Greene, Mark)

**80** − Certification in Opposition to Certification of Default (related document:79 Creditor's Certification of Default (related document:44 Amended Order (Generic)) filed by Mark W. Greene on behalf of Kira Development, LLC. Objection deadline is 11/22/2019. (Attachments: # 1 Certification of Creditor regarding post−petition arrears # 2 Attorney Certification re facsimile signature # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Kira Development, LLC) filed by Ronald I. LeVine on behalf of Rubier J Betancourt. (LeVine, Ronald)

Dated: 11/22/19

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court