Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−20518−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rubier J Betancourt
    6325 Kennedy Blvd Apt 2R
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−2449

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*79* – Creditor's Certification of Default (related document:44 Amended Order (Generic)) filed by Mark W. Greene on behalf of Kira Development, LLC. Objection deadline is 11/22/2019. (Attachments: # 1 Certification of Creditor regarding post−petition arrears # 2 Attorney Certification re facsimile signature # 3 Certificate of Service # 4 Proposed Order) (Greene, Mark)

*80* – Certification in Opposition to Certification of Default (related document:79 Creditor's Certification of Default (related document:44 Amended Order (Generic)) filed by Mark W. Greene on behalf of Kira Development, LLC. Objection deadline is 11/22/2019. (Attachments: # 1 Certification of Creditor regarding post−petition arrears # 2 Attorney Certification re facsimile signature # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Kira Development, LLC) filed by Ronald I. LeVine on behalf of Rubier J Betancourt. (LeVine, Ronald)

Dated: 11/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Rubier J Betancourt
       Debtor

Case No. 16-20518-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1          Date Rcvd: Nov 22, 2019
                          Form ID: ntchrgbk      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db             +Rubier J Betancourt,    6325 Kennedy Blvd Apt 2R,    North Bergen, NJ 07047-3420
sp             +Kim Law Firm, LLC,    411 Hackensack Ave,    Hackensack, NJ 07601-6331
cr             +Kira Development, LLC,    38 Park Edge Lane,    Berkely Heights, NJ 07922-1283
cr             +Seterus, Inc. as the authorized subservicer for Fe,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark W. Greene    on behalf of Creditor    Kira Development, LLC mgreene@pricemeese.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert  Wachtel    on behalf of Debtor Rubier J Betancourt rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Rubier J Betancourt ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                      TOTAL: 7
```