Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 16−20518−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rubier J Betancourt
   6325 Kennedy Blvd Apt 2R
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2449

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*84* − Objection to Notice of Proposed Private Sale (related document:83 Notice of Proposed Private Sale re: 6325 Kennedy Blvd. North Bergen NJ.. Hearing scheduled for 02/04/2020. Filed by Robert Wachtel on behalf of Rubier J Betancourt. Objections due by 01/28/2020. filed by Debtor Rubier J Betancourt) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/6/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court