UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 8, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

RUBIER J. BETANCOURT,

Debtor.

Case No.: _____16-20518-SLM_____

Chapter: _____13_____

Judge: _____Stacey L. Meisel_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 8, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____ debtor Rubier J. Betancourt _____ for the reduction of time for a hearing on __Motion to Approve Sale of Real Estate_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ January 22, 2020 _____ at _10:00 a.m_ in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey 07102 _____, Courtroom No. ___3A___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Secured Creditor(s) and their Counsel; Chapter 13 Trustee; Prospective Buyer(s); and any Party who_

_filed a Notice of Appearance._____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___2___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____5_____ day(s)* prior to the scheduled hearing; or          *by 3:00 p.m. on
                                                                January 17, 2020.

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-20518-SLM
Rubier J Betancourt                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jan 08, 2020
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db              +Rubier J Betancourt,   6325 Kennedy Blvd Apt 2R,   North Bergen, NJ 07047-3420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Mark W. Greene    on behalf of Creditor   Kira Development, LLC mgreene@pricemeese.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Wachtel    on behalf of Debtor Rubier J Betancourt rwachtel@ronlevinelaw.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor Rubier J Betancourt ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
                                                                             TOTAL: 7