| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq. RL9395<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors | Order Filed on January 22, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RUBIER J. BETANCOURT | Case No.: 16-20518SLM<br><br>Chapter: 13<br><br>Judge: Hon. Stacey L. Meisel |

**Recommended Local Form**       ___ Followed       **X** Modified

ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 22, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 6325 KENNEDY BLVD. NORTH BERGEN, NJ (the Real Property),

**IT IS** hereby **ORDERED** as follows:

2. The debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§363(b) and 1303.

3. The net proceeds may be used to satisfy the liens on the Real Property.

4. Pursuant to LBR 6004-1(b) the Notice of Motion included a request to pay the debtor's real estate attorney at closing, therefore these professional may be paid at closing;

5. Other closing fees payable by the debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The amount of $30,000.00 [handwritten: $32,000.00] shall be paid to the Chapter 13 Standing Trustee with the balance of proceeds at closing to be given to the Debtor.

7. A copy of the HUD settlement statement shall be forwarded to the Standing Trustee five days after closing.

8. Other provisions: The stay of Order provided under Rule 6004(h) is hereby waived so that this Order shall be immediately effective.

United States Bankruptcy Court
District of New Jersey

In re:  
Rubier J Betancourt  
    Debtor

Case No. 16-20518-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 22, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.  
db         +Rubier J Betancourt,    6325 Kennedy Blvd Apt 2R,    North Bergen, NJ 07047-3420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Mark W. Greene    on behalf of Creditor    Kira Development, LLC mgreene@pricemeese.com  
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
           Robert Wachtel    on behalf of Debtor Rubier J Betancourt rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
           Ronald I. LeVine    on behalf of Debtor Rubier J Betancourt ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
                                                                                                                   TOTAL: 7