Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−20518−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rubier J Betancourt
   6325 Kennedy Blvd Apt 2R
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2449

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     4/7/20
Time:    02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney,

COMMISSION OR FEES
$6,367.50

EXPENSES
$103.25

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 13, 2020
JAN:

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 16-20518-SLM
Rubier J Betancourt                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db            +Rubier J Betancourt,    6325 Kennedy Blvd Apt 2R,    North Bergen, NJ 07047-3420
sp            +J. Alvaro Alonso LLC,    6121 Kennedy Boulevard,    North Bergen, NJ 07047-3483
sp            +Kim Law Firm, LLC,    411 Hackensack Ave,    Hackensack, NJ 07601-6331
cr            +Kira Development, LLC,    38 Park Edge Lane,    Berkely Heights, NJ 07922-1283
cr            +Seterus, Inc. as the authorized subservicer for Fe,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516207441    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,     POB 982235,    El Paso, TX 79998)
516439730     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516207442     +Chase Card,    POB 15298,    Wilmington, DE 19850-5298
516207447     +Grayson & Associates, LLC,    33 Bleeker Street, Suite 202,    Millburn, NJ 07041-1460
516329092     +Kira Development LLC,    38 Park Edge Lane,    Berkeley Heights, NJ 07922-1283
516207448     +Kira Development, LLC,    Price, Meese, Shulman, & D'Arminio, PC,    50 Tice Boulevard,
                Attn: Mark W. Greene, Esq.,    Woodcliff Lake, NJ 07677-7681
516207445      Passaic Industrial Center Association,    MYNT Properties,    1o Muhammad Ali Way #800,
                New York, NY  10001
516207450     +Passaic Undustrial Center Associates,    Attn: Sternbach, Lawlor & Rella, LLP,
                274 Madison Avenue, Suite 1303,    New York, NY 10016-0713
516329094     +Price, Meese, Shulman & D'Armino,    50 Tice Boulevard,    Suite 380,    Woodcliff, NJ 07677-7638
516362611    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516207452     +Sears/CBNA,    POB 6283,    Sioux Falls, SD 57117-6283
516207453    #+Seterus,    POB 1077,    Hartford, CT 06143-1077
516207454     +Stellar Recovery Inc.,    48 Bridge Street,    Metuchen, NJ 08840-2277
516207456    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,    4 Gatehall Drive, Suite 350,
                Parsippany, NJ 07054)
516238746     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516302068     +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:18     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516207440     +E-mail/Text: EBNProcessing@afni.com Feb 14 2020 01:09:31     Afni, Inc.,    POB 3427,
                Bloomington, IL 61702-3427
516207446     +E-mail/Text: mrdiscen@discover.com Feb 14 2020 01:07:57     Discover Bank,    POB 71084,
                Charlotte, NC 28272-1084
516220648      E-mail/Text: mrdiscen@discover.com Feb 14 2020 01:07:57     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516373775      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 14 2020 01:09:38     Jefferson Capital Systems LLC,
                PO Box 7999,    Saint Cloud MN 56302-9617
516207449     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:12:32     LVNV Funding, LLC,
                POB 10497,    Greenville, SC 29603-0497
516389656      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:13:25
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516207451      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 01:14:09
                Portfolio Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
516419303      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 01:12:25
                Portfolio Recovery Associates, LLC,    C/O dell Financial Services, LLC,    POB 41067,
                Norfolk VA 23541
516207455     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:13:02     SYNCB/ Nations,    POB 965036,
                Orlando, FL 32896-5036
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516207443*    +Chase Card,    POB 15298,    Wilmington, DE 19850-5298
516207444*    +Chase Card,    POB 15298,    Wilmington, DE 19850-5298
516329093*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,    4 Gatehall Drive,    Suite 350,
                Parsippany, NJ 07054)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 13, 2020
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Mark W. Greene    on behalf of Creditor    Kira Development, LLC mgreene@pricemeese.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert    Wachtel    on behalf of Debtor Rubier J Betancourt rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Rubier J Betancourt ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                             TOTAL: 7