Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                             Case No.:  16−20518−SLM
                                             Chapter:  13
                                             Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rubier J Betancourt
   6325 Kennedy Blvd Apt 2R
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2449

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 28, 2016.

   On 8/21/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                   September 23, 2020
Time:                  08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 24, 2020
JAN: mff

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-20518-SLM
Rubier J Betancourt                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2            Date Rcvd: Aug 24, 2020
                              Form ID: 185          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
```
db         +Rubier J Betancourt,    6325 Kennedy Blvd Apt 2R,    North Bergen, NJ 07047-3420
sp         +J. Alvaro Alonso LLC,    6121 Kennedy Boulevard,    North Bergen, NJ 07047-3483
sp         +Kim Law Firm, LLC,    411 Hackensack Ave,    Hackensack, NJ 07601-6328
cr         +Kira Development, LLC,    38 Park Edge Lane,    Berkely Heights, NJ 07922-1283
cr         +Seterus, Inc. as the authorized subservicer for Fe,    Stern, Lavinthal & Frankenberg, LLC,
             105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516207441 ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, N.A.,    POB 982235,   El Paso, TX 79998)
516439730  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516207447  +Grayson & Associates, LLC,    33 Bleeker Street, Suite 202,    Millburn, NJ 07041-1460
516329092  +Kira Development LLC,    38 Park Edge Lane,    Berkeley Heights, NJ 07922-1283
516207448  +Kira Development, LLC,    Price, Meese, Shulman, & D'Arminio, PC,    50 Tice Boulevard,
             Attn: Mark W. Greene, Esq.,    Woodcliff Lake, NJ 07677-7681
516207445   Passaic Industrial Center Association,    MYNT Properties,    1o Muhammad Ali Way #800,
             New York, NY 10001
516207450  +Passaic Undustrial Center Associates,    Attn: Sternbach, Lawlor & Rella, LLP,
             274 Madison Avenue, Suite 1303,    New York, NY 10016-0713
516329094  +Price, Meese, Shulman & D'Armino,    50 Tice Boulevard,    Suite 380,   Woodcliff, NJ 07677-7638
516362611 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516207452  +Sears/CBNA,    POB 6283,   Sioux Falls, SD 57117-6283
516207454  +Stellar Recovery Inc.,    48 Bridge Street,    Metuchen, NJ 08840-2277
516207456 ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,    4 Gatehall Drive, Suite 350,
             Parsippany, NJ 07054)
516238746  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516302068  +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,   Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2020 23:34:11     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2020 23:34:08     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516207440  +E-mail/Text: EBNProcessing@afni.com Aug 24 2020 23:34:18     Afni, Inc.,   POB 3427,
             Bloomington, IL 61702-3427
516207446  +E-mail/Text: mrdiscen@discover.com Aug 24 2020 23:33:31     Discover Bank,   POB 71084,
             Charlotte, NC 28272-1084
516220648   E-mail/Text: mrdiscen@discover.com Aug 24 2020 23:33:31     Discover Bank,
             Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
516373775   E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2020 23:34:21     Jefferson Capital Systems LLC,
             PO Box 7999,   Saint Cloud MN 56302-9617
516207442   E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 24 2020 23:40:21     Chase Card,
             POB 15298,   Wilmington, DE 19850
516207449  +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2020 23:40:58     LVNV Funding, LLC,
             POB 10497,   Greenville, SC 29603-0497
516389656   E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2020 23:40:30
             LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516207451   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:41:00
             Portfolio Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
516419303   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:40:55
             Portfolio Recovery Associates, LLC,    C/O dell Financial Services, LLC,    POB 41067,
             Norfolk VA 23541
516207455  +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2020 23:40:15     SYNCB/ Nations,   POB 965036,
             Orlando, FL 32896-5036
                                                                                             TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516207443* ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
             MONROE LA 71203-4774
             (address filed with court: Chase Card,    POB 15298,   Wilmington, DE 19850)
516207444* ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
             MONROE LA 71203-4774
             (address filed with court: Chase Card,    POB 15298,   Wilmington, DE 19850)
516329093* ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,    4 Gatehall Drive,   Suite 350,
             Parsippany, NJ 07054)
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: Aug 24, 2020
                               Form ID: 185             Total Noticed: 31

516207453    ##+Seterus,    POB 1077,    Hartford, CT 06143-1077
                                                                                    TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark W. Greene    on behalf of Creditor    Kira Development, LLC mgreene@pricemeese.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Wachtel    on behalf of Debtor Rubier J Betancourt rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Rubier J Betancourt ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                               TOTAL: 7
```